IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00067-CR

No. 10-10-00068-CR

 

Sheryl Marie Fannin,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 413th District Court

Johnson County, Texas

Trial Court Nos. F40482 and
F40952

 



MEMORANDUM Opinion










 

            Sheryl Marie Fannin appealed the trial
court’s judgments revoking her community supervision but has now filed motions
requesting this Court to dismiss the appeals.  Fannin personally signed the
motions to dismiss.

            Accordingly, the appeals are
dismissed.  Tex. R. App. P.
42.2(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeals
dismissed

Opinion
delivered and filed May 12, 2010

Do
not publish

[CR25]